No. 09-9315. Charles Crewshaw, Petitioner v. Michael D. Klopotoski, Superintendent, State Correctional Institution at Dallas, et al.

559 U.S. 1077, 130 S. Ct. 2113, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3431.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-9327. Leroy Parham, Petitioner v. United States.

559 U.S. 1078, 130 S. Ct. 2113, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3371.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 350 Fed. Appx. 821.

No. 09-9339. Jose Anthony Martinez, Petitioner v. California.

559 U.S. 1078, 130 S. Ct. 2113, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3408.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 09-9340. Dwight David Lewis, Petitioner v. Keith W. Davis, Warden.

559 U.S. 1078, 130 S. Ct. 2114, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3393.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 839.

No. 09-9343. Ronald A. Thurmond, Petitioner v. Ken McKee, Warden.

559 U.S. 1078, 130 S. Ct. 2114, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3305.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-9382. Stanford T. Allen, Jr., Petitioner v. David Ballard, Warden, et al.

559 U.S. 1078, 130 S. Ct. 2114, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3401.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 827.

No. 09-9386. Floyd E. Cross, Petitioner v. Des Moines Police Department, et al.

559 U.S. 1078, 130 S. Ct. 2114, 176 L. Ed. 2d 740, 2010 U.S. LEXIS 3349.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.